IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Plaintiff(s),<br><br>  vs.<br><br>LEELA G. CHISHAM, et al.,<br><br>       Defendant(s).<br>_____/ | No. C 05-1434 MEJ<br><br>**ORDER VACATING AUGUST 11, 2005 CASE MANAGEMENT CONFERENCE**<br><br>**ORDER REFERRING PARTIES TO PRIVATE MEDIATION** |

The Court is in receipt of the parties' Joint Case Management Statement, filed on August 4, 2005. Upon review of the parties' statement, the Court finds a c.m.c. unnecessary and hereby VACATES the August 11, 2005 Case Management Conference. As requested by the parties, the Court hereby refers the parties to private mediation. Within seven days of completing mediation, the parties shall notify the Court of the status of the case.

**IT IS SO ORDERED.**

Dated: August 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge